IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WhitServe LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Apple Inc.,<br><br>        Defendant. | Civil Action No. 3:12-cv-01522 (AWT) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff WHITSERVE LLC and Defendant APPLE INC., by and through their attorneys, hereby stipulate to the dismissal with prejudice of all claims, causes of action, and defenses asserted against each other in this suit.  Each party shall bear its own costs, expenses, and attorneys' fees.

August 15, 2014
          /William J. Sapone/
        William J. Sapone, ct03498
        Ware, Fressola, Maguire & Barber LLP
        Bradford Green, Building Five
        755 Main Street, P.O. Box 224
        Monroe, Connecticut 06468
        Telephone: (203) 261-1234 (ext. 312)
        Facsimile: (203) 261-5676
        Email: wjs@warefressola.com

*ATTORNEYS FOR PLAINTIFF WHITSERVE LLC*

|  |  |
|---|---|
| | /Bryan A. Kohm/ |
| August 15, 2014 | Bryan A. Kohm (*pro hac vice*) |
| | Elizabeth J. White (*pro hac vice*) |
| | Justin Hulse (*pro hac vice*) |
| | Fenwick & West LLP |
| | 555 California Street |
| | San Francisco, CA 94104 |
| | Tel: 415.875.2300 |
| | Fax: 415.281.1350 |
| | Email: bkohm@fenwick.com, |
| |         bwhite@fenwick.com, and |
| |         jhulse@fenwick.com |

James Sicilian, ct05608
Day Pitney LLP
242 Trumbull Street
Hartford, CT  06103-1212
Telephone: (860) 275-0100
Facsimile: (860) 881-2626
Email: jsicilian@daypitney.com

*ATTORNEYS FOR DEFENDANT APPLE, INC.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
                                                               :
**WhitServe LLC,**                                             :    Civil Action No. 3:12-cv-01522 (AWT)
                                                               :
       **Plaintiff,**                                   :
                                                               :
v.                                                             :
                                                               :
**Apple Inc.,**                                                :
                                                               :
       **Defendant.**                                   :
                                                               :
---------------------------------------------------------------x

### [PROPOSED] ORDER OF DISMISSAL

On this day, Plaintiff WHITSERVE LLC and Defendant APPLE INC., announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against APPLE INC. by WHITSERVE LLC herein are dismissed, with prejudice, and all counterclaims for relief against WHITSERVE LLC by APPLE INC. are dismissed with prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed this _____ day of _____, 2014

                                            _____
                                            Alvin W. Thompson, U.S.D.J.